

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2022

No. 04-22-00637-CV

Samantha **SALINAS**,
Appellant

v.

Kathryn Gene **TORRES**, Morris Stanley McManigal, III & Dana Cheryle Mule,
Appellees

From the County Court, Karnes County, Texas
Trial Court No. CV-2022-0076
Wade J. Hedtke, Judge Presiding

## O R D E R

The clerk's record was filed on September 28, 2022. The trial court clerk advised the clerk of this court that no reporter's record was taken. Therefore, appellant's brief was due to be filed by October 28, 2022. Neither the brief nor a motion for extension of time have been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2022.

_____
Michael A. Cruz,
Clerk of Court